PER CURIAM.
AFFIRMED. See Schoeff v. R.J. Reynolds Tobacco Co. , 232 So.3d 294 (Fla. 2017) ; R.J. Reynolds Tobacco Co. v. Marotta , 214 So.3d 590 (Fla. 2017) ; R.J. Reynolds Tobacco Co. v. Ciccone , 190 So.3d 1028 (Fla. 2016) ; Philip Morris USA, Inc. v. Douglas , 110 So.3d 419 (Fla. 2013) ; Wald v. Grainger , 64 So.3d 1201 (Fla. 2011).
EVANDER, LAMBERT, and EDWARDS, JJ., concur.